FILED
2023 Apr-11 PM 02:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

SHANNON GREEN,

    Plaintiff,

vs.

                              CASE NO: 5:22-CV-01266-MHH

THE CAMP HUNSTVILLE, LLC;
MID CITY OWNER, LLC,

    Defendants.

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, **Shannon Green**, and Defendants, **The Camp Huntsville, LLC**, and **Mid City Owner, LLC,** by and through undersigned counsel, and jointly advise the Court an amicable resolution has been reached to settle this matter in its entirety.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties in the above-captioned action that this matter be dismissed with prejudice and with costs taxed as paid.

Respectfully submitted this the 11th day of April, 2023.

_____
Edward I. Zwilling, Esq.
Attorney for Plaintiff
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama, 35242
Telephone: (205) 822-2701
edwardzwilling@zwillinglaw.com

_____
David J. Canupp, Esq.
Attorney for Defendants
Lanier, Ford, Shaver & Payne, P.C.
PO Box 2087
Huntsville, Alabama 35804
Telephone: (256) 535-1100
djc@lanierford.com